

# Memorandum

To:     Honorable Judge Assigned

From:   April Nichols, U.S. Probation Officer Assistant

Date:   March 22, 2024

Re:     Carlos Colon-Salinas
        Dkt.#: 1:22CR10055
        **Removal of Special Condition**

---

On September 4, 2013, the above-captioned defendant appeared before The Honorable Jose A. Fuste, in the District of Puerto Rico for sentencing after pleading guilty to Conspiracy to Distribute Crack Cocaine, Heroin, and Marijuana, in violation of 21 U.S.C. § 846 and 860. Mr. Colon-Salinas was sentenced to 60 months of imprisonment to be followed by 8 years of supervised release, with a special condition that ordered him to participate in a vocational services training and/or a job placement program recommended by the U.S. Probation Officer.

Mr. Colon-Salinas commenced his term of supervised release in the District of Puerto Rico on September 6, 2017. Mr. Colon-Salinas has been supervised by the District of Massachusetts since May 19, 2020, and on March 8, 2022, jurisdiction of this case was transferred to the District of Massachusetts. Mr. Colon-Salinas has maintained stable full-time employment since January 2, 2021, and has taken steps necessary to successfully advance himself in his employment.

At this time, the Probation Office recommends that the special condition that the defendant participate in a vocational services training program be removed in light of his career progression.

If Your Honor concurs with this recommendation, please indicate below.

Reviewed/Approved by:

*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

1

__X__  The special condition that the defendant participate in vocational services is hereby removed.

_____ The special condition that the defendant participate in vocational services is NOT removed.

_____ Other:

So Ordered:

/s/Indira Talwani                                     3/26/2024
Honorable Judge Assigned                      Date
U.S. District Judge

- Page 2